UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                  ORDER

                                                  09-CR-6174L

                  v.

BRYAN J. GRISWOLD,

                              Defendant.
_____

On June 2, 2011, United States Magistrate Judge Jonathan W. Feldman issued a Report and Recommendation in this case (Dkt. #36) recommending that defendant's motion to suppress evidence be granted. On November 30, 2011, Magistrate Judge Feldman denied the Government's motion for reconsideration of that Report and Recommendation (Dkt. #49) .

The Government has filed objections to the Report and Recommendation (Dkt. #53), and defendant has filed a response (Dkt. #56).

Because of the length of the papers filed and the issues presented, this Court needs additional time within which to rule on the objections to the Report and Recommendation. Therefore, pursuant to 18 U.S.C. § 3161(h)(8), I exclude the time from March 8, 2012 until April 9, 2012, in order to

give the Court sufficient time to carefully review the matter. I find that this exclusion is necessary and that it outweighs any interest the defendant or the public may have in a more prompt proceeding.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       March 8, 2012.